DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Anthony William Hunt

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>ANTHONY WILLIAM HUNT,<br><br>        Defendant | Case No.: 2:11CR0013 JAM<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME |

     The parties agree that time beginning February 15, 2011 and extending through March 15, 2011 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4).  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel.  18 U.S.C. § 3161(h)(8)(B)(iv).  Additionally, counsel for defendant is currently in trial in Sacramento County Superior Court, Department 10, where the defendant is facing murder charges.  People v. Corey Carmicle, Case No.: 09F04709.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(8)(A).

        The parties further request that this matter be taken off the February 15, 2011, calendar and be rescheduled to March 15, 2011 at 9:30 a.m..

STIP AND ORDER TO EXTEND TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

Respectfully submitted,

Date:  2-9-11						By:	/s/ Danny D. Brace, Jr.,
							DANNY D. BRACE, JR.,
							Attorney for Anthony Hunt

Date:  2-9-11						By:	/s/ William S. Wong
							Authorized to sign for Mr. Wong
							On February 9, 2011
							William S. Wong
							Assistant U.S. Attorney

**IT IS SO ORDERED:**
**Dated:  2/10/2011**

/s/ John A. Mendez
HON. JOHN A. MENDEZ

STIP AND ORDER TO EXTEND TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com