DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA  95814
(916) 552-6660
Fax:  (916) 447-0592

Attorney for Anthony William Hunt

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      vs.<br><br>ANTHONY WILLIAM HUNT<br><br>           Defendant | Case No.: 2:11 CR 0013 JAM<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME |

The parties agree that time beginning May 3, 2011 and extending through June 7, 2011 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4).  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv).  Defense Counsel requests the continuance due to his trial scheduled in Department 11 of the Sacramento County Superior Court (People v. Kenneth Johnson).  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(8)(A).

    The parties further request that this matter be taken off the May 3, 2011, calendar and be rescheduled to June 7, 2011 at 9:30 a.m..

PDF created with pdfFactory trial version www.pdffactory.com

Respectfully submitted,

Date:  5-2-11                                          By:    /s/ Danny D. Brace, Jr.,
                                                                      DANNY D. BRACE, JR.,
                                                                      Attorney for
                                                                      Anthony William Hunt


Date:  5-2-11                                          By:    /s/ William Wong
                                                                      Authorized to sign for Mr. Wong
                                                                      On May 2, 2011
                                                                      WILLIAM WONG
                                                                      Assistant U.S. Attorney

**IT IS SO ORDERED:**
**Dated:  5/2/2011**

/s/ John A. Mendez
HON. JOHN A. MENDEZ